838

No. 774.   TIME, INC. v. HARTMANN.   C. C. A. 3d. Certiorari denied.   *Wm. Dwight Whitney* and *Francis H. Scheetz* for petitioner.

No. 783.   FLOYD v. RING CONSTRUCTION CORP.   C. C. A. 8th.   Certiorari denied.   *Benedict Deinard* for petitioner.   *Josiah E. Brill* for respondent.

No. 781.   NEUMATICOS GOODYEAR, S. A., v. UNITED STATES.   Court of Claims.   Certiorari denied.   *Daniel James* and *Gustav B. Margraf* for petitioner.   *Solicitor General Perlman* for the United States.

No. 769.   PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK v. SECURITIES & EXCHANGE COMMISSION. C. C. A. 2d.   Certiorari denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.   *Frank C. Bowers* for petitioner.   *Solicitor General Perlman, Roger S. Foster, Sidney H. Willner* and *Solomon Freedman* for respondent.

No. 383, Misc.   DWYER v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 420, Misc.   PEEL v. RAGEN, WARDEN.   Circuit Court of Will County, Illinois.   Certiorari denied.

No. 441, Misc.   BERRY v. RAGEN, WARDEN.   Circuit Court of Will County, Illinois.   Certiorari denied.

No. 459, Misc.   WILSON v. UNITED STATES.   C. C. A. 6th.   Certiorari denied.   Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Quinn* and